Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX103217
Cashier ID: tg
Transaction Date: 05/16/2022
Payer Name: Miguel Garcia

CIVIL FILING FEE- NON-PRISONER
For: Miguel Garcia
Amount:          $402.00
RECORD IN PAPER FORMAT
For: Miguel Garcia
Amount:          $8.00

CASH
Amt Tendered:   $500.00

Total Due:       $410.00
Total Tendered:  $500.00
Change Amt:      $90.00

filing fee and copies

22-cv-1209

A fee of $53.00 will be assessed on
any returned check.